IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                   CRIMINAL NO.  3:05cr135DPJ-JCS

PATRICK MACON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, PATRICK MACON, without prejudice.

 DUNN LAMPTON
 United States Attorney

Date:  February 5, 2007          s/Donald R. Burkhalter
 By:   DONALD R. BURKHALTER
 Executive Assistant U.S. Attorney
 Mississippi Bar No. 7555

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2007.

 s/ *Daniel P. Jordan III*
 UNITED STATES DISTRICT JUDGE